■ FELICIA HERNANDEZ, Respondent, v NEW YORK CITY TRANSIT AUTHORITY et al., Appellants. [805 NYS2d 349]—Order, Supreme Court, New York County (Robert D. Lippmann, J.), entered on or about June 9, 2004, which, to the extent appealed

from, granted plaintiff's motion for partial summary judgment on the issue of liability, unanimously reversed, on the law, without costs, and plaintiff's motion denied.

The award of partial summary judgment in plaintiff's favor was inappropriate, since defendants had not had the opportunity to hold a General Municipal Law § 50-h hearing or other discovery (*see Fisher v Ciarfella*, 300 AD2d 1028 [2002]; *Mc-Glynn v Palace Co.*, 262 AD2d 116 [1999]). Concur—Mazzarelli, J.P., Saxe, Ellerin, Gonzalez and Catterson, JJ.